IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40349
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROSENDO NAJERA-MEJIA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:99-CR-67-1
- - - - - - - - - -
December 14, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Rosendo
Najera-Mejia moves for leave to withdraw and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Mejia has
received copies of counsel's motion and brief, but he has not
filed a response.  Our independent review of counsel's Anders
brief and the record discloses no nonfrivolous issue for appeal.
Accordingly, counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED.  5th Cir. R. 42.2.

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.